2240/23-7945.NJY/db

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| JASON GOINS, ) | |
|     PLAINTIFF, ) | |
| ) | |
| V. ) | CAUSE NO.: 3:23-CV-81-DRL-MGG |
| ) | |
| CORPORAL MARTY CORLEY, *ET AL.*, ) | |
|     DEFENDANTS. ) | |

**NOTIFICATION OF SETTLEMENT**

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby notify the Court that the parties have reached a settlement in the above-captioned cause of action that disposes of all claims against all parties. A stipulation of dismissal will be filed in due course.

                              Respectfully Submitted,

| /s/ Gregory E. Kulis | /s/ Joseph W. Smith |
|---|---|
| Gregory E. Kulis | Joseph W. Smith |
| Brian Orozco | CLARK JOHNSON & KNIGHT, LTD. |
| Gregory E. Kulis & Associates, Ltd. | 233 East 84th Drive, Suite 301 |
| 134 N. LaSalle, Street, Suite 444 | Merrillville, IN 46410 |
| Chicago, Illinois 60602 | (219) 322-0830 |
| (312) 580-1830 | JSmith@cjklaw.com |
| gkulis@kulislawltd.com | Attorneys for Defendants Marty Corley |
| borozco@kulislawltd.com | and Michigan City |
| Attorneys for Plaintiff Jason Goins | |

- 2 -

/s/ Kirk Bagrowski
Kirk Bagrowski
Katrin Hodson
**EICHHORN & EICHHORN, LLP**
2929 Carlson Drive, Suite 100
Hammond, Indiana 46323
(219) 931-0560
kbagrowski@eichhorn-law.com
khodson@eichhorn-law.com
Attorneys for Defendants Clyde Grass,
Larry Koebcke, and Indiana Gaming
Commission

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Gregory E. Kulis gkulis@kulislawltd.com
- Brian Orozco borozco@kulislawltd.com
- Kirk D. Bagrowski kbagrowski@eichhorn-law.com
- Katrin C. Hodson khodson@eichhorn-law.com
- Matthew S. Clark Mclark@cjklaw.com
- Joseph W. Smith Jsmith@cjklaw.com

**MANUAL NOTICE:**
**None.**

/s/ Joseph W. Smith

24-05-21 Notification of Stlmt 7945